DOMINICA C. ANDERSON (SBN 2988)
TYSON E. HAFEN (SBN 13139)
**DUANE MORRIS LLP**
100 North City Parkway, Suite 1560
Las Vegas, NV 89106-4617
Telephone: +1 702 868 2655
Facsimile: +1 702 993 0722
Email: dcanderson@duanemorris.com
tehafen@duanemorris.com

*Attorneys for Defendant*
*U.S. Bank National Association*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

LEE HOWLETT,

Plaintiff,

v.

U.S. BANK, N.A.,

Defendant.

CASE NO.: 2:26-cv-02429-CDS-BNW

**STIPULATION AND ORDER EXTENDING TIME FOR U.S. BANK NATIONAL ASSOCIATION TO RESPOND TO PLAINTIFF'S COMPLAINT**

**(Second Request)**

Plaintiff Lee Howlett ("***Plaintiff***"), and by through his counsel, KAZEROUNI LAW GROUP, APC, and Defendant U.S. Bank National Association ("***US Bank***"), by and through its counsel, DUANE MORRIS LLP, hereby stipulate to extend the time for US Bank to respond to Plaintiff's Complaint, which response is currently due October 5, 2026, up to and including **October 26, 2026**.

///

This extension will allow US Bank's counsel additional time analyze the claims made and obtain and review any relevant documents. It will also permit the parties time to evaluate whether early resolution may be possible. This is the second request for an extension to US Bank's deadline to respond to the Complaint, and is made in good faith and not for the purpose of delay.

DATED this 21st day of September, 2026.

**KAZEROUNI LAW GROUP, APC**

By: */s/ Mona Amini (w/ permission)*
Gustavo Ponce (SBN 15084)
Mona Amini (SBN 15381)

Attorneys for Plaintiff

**DUANE MORRIS LLP**

By: */s/ Tyson E. Hafen*
Dominica C. Anderson (SBN 2988)
Tyson E. Hafen (SBN 13139)

Attorneys for Defendant *U.S. Bank National Association.*

**ORDER**

Having reviewed the Parties' foregoing Stipulation, good cause appearing, **IT IS SO ORDERED.**

US District Court Magistrate Judge

Dated: September 30, 2026


DM1\302392358.1