Gustavo Ponce, Esq.
Nevada Bar No. 15084
Mona Amini, Esq.
Nevada Bar No. 15381
**KAZEROUNI LAW GROUP, APC**
6940 S. Cimarron Rd., Suite 210
Las Vegas, Nevada 89113
Telephone: (800) 400-6808
Facsimile: (800) 520-5523
E-mail: gustavo@kazlg.com
E-mail: mona@kazlg.com

*Attorneys for Plaintiff*
*Lee Howlett*

KAZEROUNI LAW GROUP, APC

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

LEE HOWLETT,

Plaintiff,

vs.

U.S. BANK, N.A.,

Defendant.

Case No.: 2:26-cv-02429-CDS-BNW

**STIPULATION AND ORDER TO EXTEND DEFENDANT U.S. BANK N.A.'S DEADLINE TO RESPOND TO COMPLAINT**

Plaintiff LEE HOWLETT ("Plaintiff") and Defendant U.S. BANK, N.A, ("Defendant") (together, the "Parties"), through their counsel of record, jointly stipulate to allow Defendant an additional forty-five (45) days to respond to Plaintiff's complaint from the ruling on Plaintiff's October 27, 2026 Motion to Withdraw as Counsel [ECF No. 9] (the "Motion").

Such an extension allows Defendant additional time to prepare their defense, and should Plaintiff's Motion be approved, allows Plaintiff additional time to facilitate the transition to any newly retained counsel. Therefore, this request is made for good cause and not for the purposes of delay and would not prejudice any party.

IT IS THEREFORE STIPULATED between the Parties as follows:

(1) Defendant U.S. Bank, N.A.'s time to file an answer or other response to Plaintiff's Complaint is extended by forty-five (45) days, from the date of this Court's ruling on Plaintiff's Motion to Withdraw as Counsel.

Respectfully submitted,

Dated: October 29, 2026

**KAZEROUNI LAW GROUP, APC**

By: *<u>/s/ Gustavo Ponce</u>*
Gustavo Ponce, Esq.
Mona Amini, Esq.
6940 S. Cimarron Rd., Suite 210
Las Vegas, NV 89113
*Attorneys for Plaintiff*

Dated: October 29, 2026

**DUANE MORRIS LLP**

By: *<u>/s/ Tyson E. Hafen</u>*
Tyson E. Hafen, Esq. (13139)
100 North City Parkway, Suite 1560
Las Vegas, NV 89106-4617
*Attorneys for Defendant*

**ORDER**

IT IS SO ORDERED. However, this Court is not inclined to grant further extensions.

UNITED STATES MAGISTRATE JUDGE

Dated: October 30, 2026




KAZEROUNI LAW GROUP, APC

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY pursuant to Rule 5 of the Federal Rules of Civil Procedure that on October 29, 2026, the foregoing Motion was served via CM/ECF to Defendant appearing in this case as well as via email to Plaintiff and Defendant as follows:

Lee Howlett
P.O. Box 43087,
Las Vegas, NV 89104
lvhtennis4@gmail.com
*Plaintiff*

Dominica C. Anderson
Tyson E. Hafen
DUANE MORRIS LLP
100 North City Parkway, Suite 1560
Las Vegas, NV 89106-4617
dcanderson@duanemorris.com
tehafen@duanemorris.com
*Attorneys for Defendant*

**KAZEROUNI LAW GROUP, APC**

By: */s/ Gustavo Ponce*
GUSTAVO PONCE, ESQ.
MONA AMINI, ESQ.
6940 S. CIMARRON RD., SUITE 210
LAS VEGAS, NV 89113
*Attorneys for Plaintiff*



KAZEROUNI LAW GROUP, APC